*Whitaker & Dukes,* contra.

---

### 4852. SOUTHERN RAILWAY COMPANY v. JOHNSON.

RUSSELL, J. This being an action against a railway company for the killing of a cow, and the evidence not being such as to demand a finding that the presumption of negligence arising against the railway company had been rebutted, the judgment overruling the certiorari sued out by the defendant company will not be disturbed. *Western & Atlantic Railroad Co.* v. *Clarke,* 1 Ga. App. 235 (57 S. E. 916). *Judgment affirmed.*

DECIDED SEPTEMBER 23, 1913.

Certiorari; from Muscogee superior court—Judge Gilbert. March 19, 1913.

*Battle & Hollis, W. G. Love,* for plaintiff in error.

*S. M. Davis,* contra.